# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES E. MERGENSCHROER**                                             **PLAINTIFF**

v.                       **Case No. 4:24-cv-01090-LPR**

**WAL MART SUPERCENTER,**
*Store #007*                                                                   **DEFENDANT**

## ORDER

Plaintiff James E. Mergenschroer initiated this *pro se* lawsuit on December 11, 2024.[1] On January 28, 2025, the Court issued an Order granting Mr. Mergenschroer's request to proceed *in forma pauperis*, explaining why he had failed to sufficiently state a claim on which relief could be granted, and giving Mr. Mergenschroer forty-five days to amend his Complaint.[2] The Court warned Mr. Mergenschroer that failure to file an amended complaint would result in the dismissal of his case.[3] Mr. Mergenschroer has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's January 28, 2025 Order, Mr. Mergenschroer's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April 2025.

                                                                        _____
                                                                        LEE P. RUDOFSKY
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 5).

[3] *Id*.